1  JEFF D. NEIDERMAN (SBN 203818)
   **JAY S. ROTHMAN & ASSOCIATES**
2  21900 Burbank Boulevard, Suite 210
   Woodland Hills, California 91367
3  Telephone: (818) 986-7870
   Facsimile:   (818) 990-3019
4  jneiderman@jayrothmanlaw.com

5  Attorneys for Plaintiff
   UZO AGUBATA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UZO AGUBATA, an individual, | Case No. 2:22-CV-09297 PA (PVCX) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)** |
| vs. | |
| AMERICAN AIRLINES, INC. a Delaware corporation; and DOES 1 through 50, inclusive, | District Judge: Hon. Percy Anderson
Magistrate Judge: Hon. Pedro V. Castillo |
| Defendants. | FPTC:    11/03/2023
Trial:    12/05/2023 |

**ORDER**

The stipulation to dismiss this action in its entirety with prejudice and with each party to bear her or its own attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure is hereby GRANTED.

**IT IS SO ORDERED.**

Dated:  August 23, 2023

_____
Percy Anderson
United States District Judge